No. 50849.—Protests 43622–K, etc., of Cudahy Packing Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith the following allowances were made to compensate for the weight of the inedible substance on the outside of the cheese: (1) 2½ percent for the items of cheese marked with the letter "A" on the invoices; and (2) 1 percent for the items of cheese marked with the letter "B" on the invoices. The protests were sustained to this extent.

No. 50850.—Protests 93164–K, etc., of Cosimo Daniele et al. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932). In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entries herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 45160.

No. 50851.—Protests 95471–K, etc., of Societa Prodotti Nazionali, Inc., et al. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932). In accordance with stipulation and following the decision cited, judgment was entered directing the collector to reliquidate the entries herein, refunding the duty established to have been taken in excess, in accordance with the decision and judgment in Abstract 45174.

No. 50852.—Protests 108876–K, etc., of Antonio Piccini et al. (New York).

Opinion by KEEFE, J. At the trial it was stipulated that the reliquidation of the entries herein involved is similar in all material respects to that in *Bel Paese Sales Co., Inc.* v. *United States* (15 Cust. Ct. 7, C. D. 932). In accordance with